225 So.2d 5

**STATE of Louisiana**

**v.**

**Gregg Alan BECK.**

**No. 49983.**

July 21, 1969.

In re: Gregg Alan Beck applying for writ of habeas corpus.

Granted. See order.

ORDER

Considering the showing made by applicant, Gregg Alan Beck:

It is ordered that the Honorable the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana, grant the hearing applied for by applicant, or show

cause in this Court on November 14th, 1969, at eleven o'clock A.M., why the relief prayed for in the petition of applicant should not be granted.